1  BARRY J. PORTMAN
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant MARTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 06-0268 MMC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL APPEARANCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| JACKY WAYNE MARTIN, | ) | |
| Defendant. | ) | |

1   Defendant Jacky Wayne Martin appeared in magistrate court and was arraigned on the
2   indictment in the above-captioned case on May 30, 2006.  An initial appearance was set before this
3   Court for the next available date on June 7, 2006.  However, undersigned counsel for Mr. Martin will
4   be out of state on that date.  Accordingly, the parties stipulate and jointly request that the appearance
5   be continued to June 14, 2006, at 2:30 p.m.  The parties further stipulate and jointly request that the
6   Court exclude time between June 7 and June 14 under the Speedy Trial Act for continuity of counsel.
7   *See* 18 U.S.C. § 3161(h)(8)(B)(iv).
8   IT IS SO STIPULATED.

KEVIN V. RYAN
United States Attorney

11  DATED: 6/1/2006                    _____/S/_____
                                       TRACIE BROWN
12                                     Assistant United States Attorney

14  DATED: 6/1/2006                    _____/S/_____
                                       DANIEL P. BLANK
15                                     Assistant Federal Public Defender
                                       Attorney for Jacky Wayne Martin

17  IT IS SO ORDERED.

18  DATED:   June 5, 2006
                                       _____
                                       MAXINE M. CHESNEY
19                                     United States District Judge

STIP. & PROP. ORDER EXCL. TIME          1