KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6917
Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JACKY WAYNE MARTIN,<br>Defendant. | No. CR 06-268 MMC<br>ORDER AND STIPULATION EXCLUDING TIME FROM JUNE 14, 2006 TO JULY 5, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

The parties appeared before the Honorable Maxine M. Chesney on June 14, 2006.

With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act from June 14, 2006 to July 5, 2006, in light of the need for the defendant's counsel to review recently-produced discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for new counsel to review the discovery with the defendant, and would deny both the defendant continuity of counsel.

2. Given these circumstances, the Court found that the ends of justice served by excluding

the period from June 14, 2006, to July 5, 2006 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from June 14, 2006 to July 5, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court schedules a status hearing on July 5, 2006 at 2:30 p.m.

IT IS SO STIPULATED.

DATED: June 15, 2006

/S/
TRACIE L. BROWN
Assistant United States Attorney

DATED: June 15, 2006

/S/
DANIEL P. BLANK
Attorney for JACKY WAYNE MARTIN

IT IS SO ORDERED.

DATED: June 22, 2006

THE HON. MAXINE M. CHESNEY
United States District Judge