# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-Filing

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| vs. | ) | Docket Number: CR 06-0268-01 MMC |
| Jacky Wayne Martin | ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _October 18, 2006_ be continued until ~~December 20, 2006~~ January 3, 2007 at _2:30 p.m._

Date: OCT 16 2006

Maxine M. Chesney
United States District Judge