| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | DANIEL P. BLANK |
|   | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue |
|   | San Francisco, CA  94102 |
| 4 | Telephone:  (415) 436-7700 |
| 5 | Counsel for Defendant MARTIN |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 06-0268 MMC |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER RESETTING SENTENCING |
| | ) | HEARING |
| JACKY WAYNE MARTIN, | ) | |
| | ) | |
| Defendant. | ) | |

1     Sentencing in the above-captioned matter had been set for October 18, 2006. With the
2 concurrence of the parties, the probation office wrote to the Court requesting that the sentencing
3 hearing be continued to December 20, 2006. In response to the request from the probation office, the
4 Court continued the sentencing hearing to January 3, 2007. However, undersigned counsel for
5 Defendant Jacky Wayne Martin will be unavailable on January 3 and January 10, 2007.
6 Accordingly, the parties stipulate and jointly request that the sentencing hearing be reset for January
7 17, 2007, at 2:30 p.m.
8 IT IS SO STIPULATED.

                              KEVIN V. RYAN
                              United States Attorney

                              /s/
11 DATED:    10/19/06                _____
                              TRACIE BROWN
12                              Assistant United States Attorney

                              /s/
14 DATED:    10/19/06                _____
                              DANIEL P. BLANK
15                              Assistant Federal Public Defender
                              Attorney for Jacky Wayne Martin

17 IT IS SO ORDERED.
18 DATED:   October 23, 2006
                              _____
                              MAXINE M. CHESNEY
19                              United States District Judge

STIP. & PROP. ORDER                    - 1 -